**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorney for Defendant, HUB GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC AND UFP INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HUB GROUP, INC.<br><br>Defendant. | CASE NO: 2:25−cv−00742−GMN−EJY<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>(First Request) |

Pursuant to Civil Local Rule 7-1 and this Court's May 22, 2025 minute order (ECF 14), Plaintiffs UFP Industries, Inc., UFP Eastern Division, Inc., UFP Transportation, Inc., UFP International, LLC, and UFP Ashburn, LLC (collectively "Plaintiffs") and Defendant HUB GROUP, INC. ("Hub") (Plaintiffs and Hub collectively the "Stipulating Parties") hereby stipulate as follows:

1. Plaintiffs filed their Initial Complaint March 31, 2025.
2. Hub was served with Plaintiffs' Complaint on or about April 7, 2025.
3. Hub removed this action to the United States District Court of Nevada on April 28, 2025.
4. Hub's deadline to file a responsive pleading to Plaintiffs' Complaint was May 5, 2025.
5. Hub and its counsel have diligently worked to investigate Plaintiffs' allegations and prepare an appropriate responsive pleading to Plaintiffs' Complaint, but need more time to do so. This was due to a clerical/calendaring error in which the deadline was inadvertently, incorrectly

calendared.

6. Accordingly, the Stipulating Parties agree to extend the deadline for Hub to file its Answer and Affirmative Defenses to Plaintiffs' Complaint to June 2, 2025.

7. This is the first stipulation for an extension of time to respond to Plaintiffs' Complaint.

8. No party will be prejudiced by the requested extension nor will the requested extension unduly delay this litigation.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Stipulating Parties that the deadline for Hub to file an Answer and Affirmative Defenses to Plaintiffs' Complaint is extended to June 2, 2025.

Dated: May 22, 2025

**DICKINSON WRIGHT PLLC**

*/S/ GABRIEL A. BLUMBERG*
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel:   702-550-4400
Fax:   844-670-6009
Email:  MFeder@dickinsonwright.com
Email:  GBlumberg@dickinson-wright.com
*Attorneys for Plaintiffs UFP Industries, Inc.; UFP Eastern Division, Inc.; UFP Transportation, Inc., UFP Ashburn, LLC and UFP International, LLC*

Dated: May 22, 2025

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant, HUB GROUP, INC.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2025

97559\324920989.v2