**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorney for Defendant,
HUB GROUP, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC AND UFP INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HUB GROUP, INC.<br><br>Defendant. | CASE NO: 2:25−cv−00742−GMN−EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS AND CLOSE OF DISCOVERY**<br><br>**[Second Request]** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-3, Plaintiffs, UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC AND UFP INTERNATIONAL, LLC., ("Plaintiffs"), by and through their attorneys of record, MICHAEL N. FEDER, ESQ., and GABRIEL A. BLUMBERG, ESQ., of the law firm DICKINSON WRIGHT PLLC, and Defendant, HUB GROUP, INC., by and through its attorney of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and agree to a forty-five (45) day extension of the remaining discovery deadlines in this matter to give the parties additional time to conduct discovery and discuss possible resolution.

**I.    DISCOVERY COMPLETED**

1. Plaintiffs served their Initial Disclosures on June 27, 2025.
2. Defendant served its Initial Disclosures on July 2, 2025.

Case 2:25-cv-00742-GMN-EJY   Document 25   Filed 10/23/25   Page 2 of 3

Stipulation and Order to Extend (Second)
UFP Industries, Inc., et., al.. v. Hub Group, Inc.
Case No. 2:25−cv−00742−GMN−EJY

3.   Plaintiffs served Requests for Production, Requests for Admissions, and Interrogatories on August 12, 2025.

4.   Defendant served Responses to Requests for Production, Requests for Admissions and Interrogatories on September 12, 2025.

5.   Defendant served Requests for Production and Interrogatories to Plaintiff on September 16, 2025.

## II.   DISCOVERY REMAINING TO BE COMPLETED

1.   Initial and Rebuttal expert disclosures

2.   Deposition of Plaintiffs and Defendant including FRCP 30(b)(6) witnesses,

3.   Depositions of percipient witnesses

4.   Expert witness depositions

5.   Additional written discovery as needed

## III.   REASONS WHY DISCOVERY SHOULD BE EXTENDED

This matter involves a claim for indemnification relating to an ongoing personal injury action in Georgia. The parties in this matter have been working together to complete discovery, but additional time is necessary.  The parties engaged in a discovery conference on October 3, 2025, regarding Defendant's responses to requests for production of documents and Defendant's need to produce additional documents.  As of today, Defendant still has not supplemented its responses to the requests for production of documents or produced any additional documents.  That discovery issue, which may now require Court intervention, as well as Plaintiffs' responses to Defendant's pending discovery responses which are due by October 30, 2025, need to be completed prior to the expert disclosure deadline.

As such, good cause exists to support the brief extension of the remaining discovery deadlines requested herein. The request is submitted in good faith and is not intended to cause unnecessary delay or prejudice to any party.

///

///

Case 2:25-cv-00742-GMN-EJY    Document 25    Filed 10/23/25    Page 3 of 3

Stipulation and Order to Extend (Second)
*UFP Industries, Inc., et., al.. v. Hub Group, Inc.*
Case No. 2:25−cv−00742−GMN−EJY

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the deadlines for initial expert disclosures, rebuttal expert disclosures, discovery, and dispositive motions be extended for a period of forty-five (45) days. If approved, the new discovery deadlines would be modified as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 12/22/2025 | **02/11/2026** |
| Motions to Amend Pleadings | 09/02/2025 | **Closed** |
| Initial Expert Disclosures | 10/23/2025 | **12/12/2025** |
| Rebuttal Expert Disclosures | 11/03/2025 | **01/12/2026** |
| Dispositive Motions | 02/06/2026 | **03/30//2026** |
| Joint Pre-Trial Order | 03/10/2026 | **04/30/2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 23rd day of October, 2025

**DICKINSON WRIGHT PLLC**

/s/ Gabriel A. Blumberg, Esq.
_____
**MICHAEL N. FEDER, ESQ.**
Nevada Bar No. 7332
**GABRIEL A. BLUMBERG, ESQ.**
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Attorneys for Plaintiffs,
UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC., and UFP INTERNATIONAL, LLC.

DATED this 23rd day of October, 2025

**LINCOLN, GUSTAFSON & CERCOS**

/s/ Loren S. Young, Esq.
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
HUB GROUP, INC.

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Date: October 23, 2025