**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC AND UFP INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HUB GROUP, INC., an Illinois corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive<br><br>Defendant. | CASE NO: 2:25−cv−00742−GMN−EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS AND CLOSE OF DISCOVERY**<br>**[Fourth Request]** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-3, Plaintiffs, UFP INDUSTRIES, INC., UFP EASTERN DIVISION, INC., UFP TRANSPORTATION, INC., UFP ASHBURN, LLC AND UFP INTERNATIONAL, LLC., ("Plaintiffs"), by and through their attorneys of record, MICHAEL N. FEDER, ESQ., and GABRIEL A. BLUMBERG, ESQ., of the law firm DICKINSON WRIGHT PLLC, and Defendant, HUB GROUP, INC., by and through its attorney of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and agree to an one week extension of the initial expert day extension of the initial expert deadline and similar extension to the remaining discovery deadlines in order to bring them into compliance with Local Rule 26-1(b).

///

Case 2:25-cv-00742-GMN-EJY   Document 29   Filed 01/12/26   Page 2 of 4

Stipulation and Order to Extend (Fourth)
UFP Industries, Inc., et al. v. Hub Group, Inc.
Case No. 2:25-cv-00742-GMN-EJY

## I. DISCOVERY COMPLETED

1. Plaintiffs served their Initial Disclosures on June 27, 2025.
2. Defendant served its Initial Disclosures on July 2, 2025.
3. Plaintiffs served Requests for Production, Requests for Admissions, and Interrogatories on August 12, 2025.
4. Defendant served Responses to Requests for Production, Requests for Admissions and Interrogatories on September 12, 2025.
5. Defendant served Requests for Production and Interrogatories to Plaintiff on September 16, 2025.
6. Defendant produced additional documents in response to Plaintiffs' Request for Production on October 27, 2025
7. Plaintiffs served Responses to First Set of Request for Production and First Set of Interrogatories on October 30, 2025.
8. Plaintiffs produced additional documents in response to Defendants Request for Production on January 8, 2026.

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Initial and Rebuttal expert disclosures
2. Deposition of Plaintiffs and Defendant including FRCP 30(b)(6) witnesses,
3. Depositions of percipient witnesses
4. Expert witness depositions
5. Additional written discovery as needed

///
///
///
///
///
///

Case 2:25-cv-00742-GMN-EJY    Document 29    Filed 01/12/26    Page 3 of 4

Stipulation and Order to Extend (Fourth)
*UFP Industries, Inc., et., al. v. Hub Group, Inc.*
Case No. 2:25−cv−00742−GMN−EJY

### III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

This matter involves a claim for indemnification relating to an ongoing personal injury action in Georgia. The parties in this matter have been working together to complete expert discovery, but additional time is necessary to complete the initial expert disclosure deadlines. Due to scheduling conflicts, holiday schedules, and trial and related preparation in other matters additional time is needed for the initial expert disclosures. The parties engaged in a discovery conference on January 9, 2026, and agreed to a brief one-week extension for the initial expert disclosure deadlines.

As such, good cause exists to support the brief extension of the remaining discovery deadlines requested herein. The request is submitted in good faith and is not intended to cause unnecessary delay or prejudice to any party.

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the deadlines for initial expert disclosures, rebuttal expert disclosures, discovery, dispositive motions, and the joint pre-trial order be extended as indicated in the table below:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 02/05/2026 | **02/12/2026** |
| Motions to Amend Pleadings | 09/02/2025 | **Closed** |
| Initial Expert Disclosures | 01/12/2026 | **01/19/2026** |
| Rebuttal Expert Disclosures | 02/12/2026 | **02/19/2026** |
| Dispositive Motions | 4/13/2026 | **4/20/2026** |
| Joint Pre-Trial Order | 05/13/2026 | **5/20/2026** |

///

///

///

///

///

///

-3-

1073226\325927837.v1

Case 2:25-cv-00742-GMN-EJY    Document 29    Filed 01/12/26    Page 4 of 4

Stipulation and Order to Extend (Fourth)
*UFP Industries, Inc., et., al. v. Hub Group, Inc.*
Case No. 2:25−cv−00742−GMN−EJY

1  **IT IS SO STIPULATED AND AGREED.**

2  DATED this 12th day of January, 2026              DATED this 12th day of January, 2026

3  **DICKINSON WRIGHT PLLC**                                   **LINCOLN, GUSTAFSON & CERCOS**

4  */s/ Michael N. Feder, Esq.*                                */s/ Loren S. Young, Esq.*

5  **MICHAEL N. FEDER, ESQ.**                                  **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7332                                         Nevada Bar No. 7567
6  **GABRIEL A. BLUMBERG, ESQ.**                               7670 W. Lake Mead Blvd, Suite 200
   Nevada Bar No. 12332                                        Las Vegas, Nevada 89128
7  3883 Howard Hughes Parkway, Suite 800                       Attorneys for Defendant,
   Las Vegas, Nevada 89169                                     HUB GROUP, INC.
8  Attorneys for Plaintiffs,
   UFP INDUSTRIES, INC., UFP EASTERN
9  DIVISION, INC., UFP TRANSPORTATION,
   INC., UFP ASHBURN, LLC., and UFP
10 INTERNATIONAL, LLC.

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Date: January 12, 2026

-4-

1073226\325927837.v1